521-06/MEU

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
THE SHIPPING CORPORATION OF INDIA, LTD,

                Plaintiff,

-against-

LAND AIR & SEA TRANSPORT LIMITED, HUA DAO
SHIPPING (FAR EAST) LTD., and BM SHIPPING GROUP
SPA,
                Defendants.
------------------------------------------------------------x

06 CIV. 13002 ( JGK )

**ORDER DIRECTING
RELEASE OF FUNDS
AND DISCONTINUANCE
OF ACTION**

Whereas the Court has been advised that the disputes between the parties have been settled,

**IT IS HEREBY ORDERED** that this action be dismissed, with prejudice and without costs as to any party; and

**IT IS FURTHER ORDERED** that garnishee JPMorgan Chase Bank release all remaining funds held pursuant to the attachment order pursuant to the original wire instructions.

Dated: New York, New York
      August 23, 2007

                                                "SO ORDERED"

                                         HON. JOHN G. KOELTL, U.S.D.J.

NYDOCS1/289024.1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/23/07