USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
THE SHIPPING CORPORATION OF INDIA, LTD.  ECF CASE

                        Plaintiff,                    06 CIV 13002 (JGK)

  - against -

LAND AIR & SEA TRANSPORT LIMITED, HUA DAO     **STIPULATION**
SHIPPING (FAR EAST) LTD., and BM SHIPPING GROUP   **AND ORDER**
SPA,                                                          **DIRECTING**
                                                                        **RELEASE OF**
                                                                        **ATTACHED**
                      Defendants.                             **PROPERTY**
-----------------------------------------------------------------X

      WHEREAS the Court has been advised that the disputes between the parties have been settled,

      IT IS HEREBY ORDERED that garnishee American Express Bank release all remaining funds held pursuant to the attachment order and return them to the originators, defendants BM SHIPPING GROUP SPA and HUA DAO SHIPPING (FAR EAST) LTD, in accordance with instructions to be provided by defendants' attorneys, Lyons & Flood LLP.

The Plaintiff, THE SHIPPING               Defendants, BM SHIPPING GROUP SPA
CORPORATION OF INDIA, LTD.             and HUA DAO SHIPPING (FAR EAST) LTD

By: /s Michael E. Unger                         By: _____
Michael E. Unger (MU-0045)                Jon Werner (JW-5000)
FREEHILL HOGAN & MAHAR LLP          LYONS & FLOOD, LLP
80 Pine Street                                        65 West 36th Street, 7th Floor
New York, NY 10005                         New York, NY 10018

Dated: New York, New York
         November 2, 2007

                                         SO ORDERED

                                   11/5/07   HON. JOHN G. KOELTL, U.S.D.J.

U:\kmhldocs\2618008\Pleadings\Order Directing Release.doc